AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CHRIS J. KLAGES,

                Plaintiff,

            v.

STANDARD INSURANCE COMPANY,

                Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-5051-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Chris Klages' Motion for Summary Judgment is denied; Standard Insurance Company's Motion for Summary Judgment is granted. Ms. Klages' claims against Standard Insurance Company are dismissed with prejudice.

November 4, 2008  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Linda Emerson  
*(By) Deputy Clerk*  
Linda Emerson